FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 09-92732-BHL | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | CONLEY, CYNTHIA | Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 09/10/2009 |
| | | Claims Bar Date: | 11/17/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 2 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 3 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 4 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 6 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 7 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 8 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 10 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 | VOID | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 | Personal Injury Litigation Settlement (u) | $0.00 | $6,000.00 | | $0.00 | $10,000.00 |
| 13 | Personal Injury Litigation (u) | $0.00 | $7,200.00 | | $0.00 | $12,000.00 |
| 14 | 1/2 interest in 2 Bedroom, 1.5 Bath home located 174 NE 47th Court, Ocala, Fl. 34470 | $115,000.00 | $0.00 | OA | $0.00 | FA |
| 15 | Cash | $25.00 | $0.00 | OA | $0.00 | FA |
| 16 | Checking account with Regions Bank ending in # 8983 | $3.00 | $0.00 | OA | $0.00 | FA |
| 17 | Checking account with Chase Bank ending in # 1027 | $45.00 | $0.00 | OA | $0.00 | FA |
| 18 | Savings Account with Chase Bank ending in # 4357 | $26.00 | $0.00 | OA | $0.00 | FA |
| 19 | Living Room - Couch, table, chair, TV. Dining Room - Bedroom - Bed, Dresser. Appliances - Refrigerator | $400.00 | $0.00 | OA | $0.00 | FA |
| 20 | Electronic Equipment - TV, DVD player, stereo. | $175.00 | $0.00 | OA | $0.00 | FA |
| 21 | Misc. books, pictures, 25+ DVDs, 30+ CDs. | $150.00 | $0.00 | OA | $0.00 | FA |
| 22 | Clothing for 1 adult female. | $350.00 | $0.00 | OA | $0.00 | FA |
| 23 | Misc. costume jewelry. | $250.00 | $0.00 | OA | $0.00 | FA |
| 24 | 1 week worth of accrued wages. | $325.32 | $243.99 | OA | $0.00 | FA |
| 25 | 2008 Tax Refund received and spent. | $0.00 | $0.00 | OA | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-92732-BHL | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | CONLEY, CYNTHIA | Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 09/10/2009 |
| | | Claims Bar Date: | 11/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

| | $116,749.32 | $13,443.99 | | $0.00 | **Gross Value of Remaining Assets** $22,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 03/03/2019 | Correspondence with Settlement Fund re: moving forward with second settlement |
|---|---|
| 09/06/2018 | Have not received settlement statement - still awaiting settlement statement |
| 06/17/2018 | 6/17/2018 Requested Status Update from Scott Vickers re: second settlement statement with Boston Scientific |
| 03/08/2018 | Correspondence from Settlement Company indicates that Closing Statements have been moved from "early 2018" to "undetermined" and trustee is awaiting further information. |
| 06/01/2017 | Case reopened for personal injury recovery. Two letters received for settlements totaling $22,000.00 as gross settlement between two different recoveries on mesh settlement. |

Initial Projected Date Of Final Report (TFR): 06/15/2018    Current Projected Date Of Final Report (TFR): 10/31/2019

/s/ CHARITY S. BIRD
CHARITY S. BIRD