UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-92732-AKM |
| | ) | |
| CYNTHIA CONLEY, | ) | |
| f/k/a CYNTHIA SPEED | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE Andrea K. McCord |
| | ) | |

## MOTION TO APPROVE SETTLEMENT

Charity S. Bird, as Trustee (the "Trustee"), for her *Motion to Approve Settlement* (this "Motion"), states as follows:

1. On July 31, 2009 the (the "Petition Date"), Cynthia Conley, f/k/a Cynthia Speed (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court, Southern District of Indiana, New Albany Division (this "Court"), initiating the above referenced bankruptcy case (the "Bankruptcy Case").

2. At all times relevant herein, the Trustee has been the duly appointed, qualified, and acting Trustee of the bankruptcy estate (the "Bankruptcy Estate").

3. The Trustee is administering, as an asset of this estate, a pending settlement (the "Settlement") with regard to a pre-petition personal injury claim (the "Personal Injury Lawsuit").

4. On September 1, 2017, the Court entered an Order granting the Trustee's request to employ Bailey Peavy Bailey Cowan Heckaman ("BPB") as special counsel to represent the Trustee's interest in the Debtor's Claim.

5. An offer to settle the Claim with the medical device manufacturer was made for the gross sum of $12,000.00 (the "Settlement"), which the Trustee believes is a reasonable result and has approved the Settlement.

6. The Trustee seeks authority to pay the following sums from the Settlement proceeds:

    A. Special Counsel Fees (subject to Court approval):  $4,560.00
    B. Case Specific Litigation expenses:  $1,649.98
    C. Court Ordered Federal MDL PSC Assessment  $600.00
    D. Common Benefit Assessment:  $55.68

The aggregate settlement funds are currently held in a settlement trustee, which includes the funds of the claim. The Trust had been approved as a Qualified Settlement Fund. The Trustee of the trust (the "Settlement Fund Trustee") has been approved to oversee the distribution of funds from the trustee.

7. Upon the terms of the settlement being satisfied, the fees, costs and expenses set forth above are withheld and/or paid to the appropriate recipients by the Settlement Fund Trustee, and the Trustee and the Debtor executing the Release (defined below), the net remaining balance of the settlement proceeds, in the anticipated amount of $5,134.34 (the "Net Proceeds"), shall be distributed by the Settlement Funds Trustee to the Trustee.

8. The payments to the parties specified above are in full and final settlement of all claims, including lien and subrogation claims to all parties.

9. After payments detailed above, the Estate will receive net proceeds in the sum of $5,134.34.

10. The Trustee believes that the Settlement is in the best interest of the Bankruptcy Estate.

WHEREFORE, the Trustee respectfully requests that the Court approve the Settlement as described herein and authorize the Settlement Fund Trustee to make the following payments from the settlement proceeds to be treated as a distribution on behalf of the Trustee or as a constructive distribution under 11 U.S.C. § 326:

| | | |
|---|---|---|
| A. | Special Counsel Fees (subject to Court approval): | $4,560.00 |
| B. | Case Specific Litigation expenses: | $1,649.98 |
| C. | Court Ordered Federal MDL PSC Assessment | $600.00 |
| D. | Common Benefit Assessment: | $55.68 |

and pay to the Trustee the net amount of $5,134.34, and grant all other just and proper relief.

Respectfully Submitted,

By: */s/ Charity S. Bird*
Charity S. Bird, Trustee
P.O. Box 81
New Albany, IN 47151
Tel: (502) 540-8285
Fax: (502) 540-8282
Email: cbn@neukommtrustee.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2019, a copy of the foregoing *Motion to Approve Settlement* was (a) served electronically through the U.S. Bankruptcy Court's ECF System to the electronic addresses as set forth in the System, to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first class U.S. mail to the following:

Cynthia Conley
1712 Driftwood Drive
Clarksville, IN 47129

Discover Bank
Discover Bank Products Inc
PO Box 3025
New Albany, OH 43054-3025

PYOD, LLC its successors and assigns as assignee of B-Line, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

PYOD, LLC its successors and assigns as assignee of Cititbank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

                                        */s/ Charity S. Bird*

                                        Charity S. Bird, Trustee